364

BEFORE THE THIRD DIVISION, MAY 5, 1955

**No. 59027.**—British Western Agencies *v.* United States, protest 145257–K (San Francisco).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of Rockingham earthenware teapots similar in all material respects to those the subject of *United States* v. *M. & D. Miller, Inc.* (41 C. C. P. A. 226, C. A. D. 556), the claim of the plaintiff was sustained.

**No. 59028.**—James G. Wiley *v.* United States, protest 230931–K (Los Angeles).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as the articles the subject of Abstract 57716, the claim of the plaintiff was sustained.

**No. 59029.**—Hudson Shipping Co., Inc. *v.* United States, protest 246073–K (New York).

Opinion by JOHNSON, J. An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's classification, the protest was overruled.

**No. 59030.**—Judson Sheldon Division and National Carloading Corp. *v.* United States, protests 246179–K and 246180–K (New York).

Opinion by JOHNSON, J. An examination of the record failing to disclose evidence of compliance with the regulations covering free entry of American merchandise, the protests were overruled, following *Maple Leaf Petroleum, Ltd.* v. *United States* (25 C. C. P. A. 5, T. D. 48976).

**No. 59031.**—Home Lines Agency, Inc. *v.* United States, protest 246204–K (New York).

Opinion by JOHNSON, J. An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's classification, the protest was overruled.

**No. 59032.**—Frederic Henjes, Jr., Inc. *v.* United States, protest 246601–K (New York).

Opinion by JOHNSON, J. An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's classification, the protest was overruled.